1  Evan A. Jenness (Calif. Bar No. 136822)
   Law Offices of Evan Jenness
2  2115 Main Street
   Santa Monica, California 90405
3  310-399-3259

4  William J. Genego (Calif. Bar No. 103224)
   wgenego@gmail.com
5  Nasatir, Hirsch, Podberesky Khero & Genego
   2115 Main Street
6  Santa Monica, California 90405
   Telephone:  310-399-3259
7
   Counsel for Defendant
8  Peter Townsley

9  **United States District Court**

10 **Northern District of California**

11

12 UNITED STATES OF AMERCIA              No. CR 10-0428 CRB
                                        )
13          Plaintiff,                  )
                                        )  STIPULATION AND [~~PROPOSED~~]
14     vs.                              )  ORDER TO CONTINUE BOND
                                        )  HEARING FROM DECEMBER 17,
15 PETER TOWNSLEY,                      )  2010 TO JANUARY 7, 2011
                                        )
16          Defendant.                  )
                                        )
17  ─────────────────────────────

18     Peter Townsley, through his counsel of record, and the United States, through
19 its counsel of record, stipulate to the following:
20     1.  The status hearing in this matter regarding the posting of the bond was
21 continued once previously from November 19, 2010 to December 17, 2010, to
22 allow additional for completion of the appraisal of the commercial property (in
23 Gonzalez, California) that is to secure $300,000 of the bond.
24     2.  Counsel for Mr. Townsley has advised counsel for the Government that
25 the appraisal company has reported that the appraisal will not be completed until
26 December 21, 2010.
27     3.  Counsel for Mr. Townsley has provided the government with (a) a copy
28 of the contract for the appraisal; (b) proof that a lien against the property in

1  Gonzalez, California in the amount of $300,000 in favor of the Clerk of the Court,
2  Northern District of California was recorded on November 10, 2010; (c) a current
3  title report; and (d) documentation of the tax assessed value of the property,
4  which reflects more than sufficient equity to satisfy the bond.

5     4.  Prior to approving the bond, the government has requested a current
6  appraisal of the property.

7     5.  In light of the posting of the property, and the ongoing good faith efforts
8  to provide the government with the additional information it has requested
9  before approving the bond, the parties jointly request that the Court continue the
10  hearing on the status regarding the posting of the property that is currently
11  scheduled for December 17, 2010, at 10:30 a.m. to January 7, 2011, at 10:30 a.m.

13     As counsel for Peter Townsley, I stipulate to paragraphs 1-5, *supra*.
14  Dated:  December 7, 2010            Signed:  /s/ *William J. Genego*

16     As counsel for the United States, I stipulate to paragraphs 1-5, *supra*.
17                                Melinda Haag, United States Attorney
18  Dated:  December 8, 2010            By:  /s/ Susan Badger
                                             Assistant U.S. Attorney

20     The Court approves the stipulation and hereby ORDERS that:

22     The hearing on the status regarding the posting of the property that is
23  currently scheduled for December 17, 2010, at 10:30 a.m., is continued to January
24  7, 2011, at 10:30 a.m.
25     IT IS SO ORDERED.
26  Dated:  12/10/10            The Honorable Joseph C. Spero