1  Evan A. Jenness (Calif. Bar No. 136822)
   Law Offices of Evan Jenness
2  2115 Main Street
   Santa Monica, California 90405
3  310-399-3259

4  William J. Genego (Calif. Bar No. 103224)
   wgenego@gmail.com
5  Nasatir, Hirsch, Podberesky Khero & Genego
   2115 Main Street
6  Santa Monica, California 90405
   Telephone: 310-399-3259
7
   Counsel for Defendant
8  Peter Townsley

9  **United States District Court**

10 **Northern District of California**

11

12 UNITED STATES OF AMERCIA ) No. CR 10-0428 CRB
                              )
13          Plaintiff,         )
                              ) STIPULATION AND [PROPOSED]
14      vs.                    ) ORDER TO VACATE BOND
                              ) STATUS HEARING BASED UPON
15 PETER TOWNSLEY,             ) GOVERNMENT'S APPROVAL OF
                              ) THE COLLATERAL SECURING
16          Defendant.         ) THE BOND
                              )
17 ─────────────────────────────

18      Peter Townsley, through his counsel of record, and the United States, through

19 its counsel of record, stipulate to the following:

20      1.   The Court (Magistrate Judge Joseph Spero) previously set a bond status

21 hearing in this matter to allow time for Mr. Townsley to post, and the

22 government to review for its approval, the $300,000 of equity in the property in

23 Gonzalez, California needed to secure his bond. See, "Amended Order Re Bond

24 And Terms And Conditions Of Release," Docket No. 10, p. 3.

25      2.   The bond status hearing has been continued twice by order of the Court,

26 upon the stipulation and request of the parties, and is currently set for January 7,

27 2011. Docket Nos. 19 & 21.

28

1  3.  Mr. Townsley has provided the government with (a) a completed
2 appraisal of the Gonzalez property establishing that it has sufficient equity to
3 secure the bond; (b) proof that a lien against the property in Gonzalez, California
4 in the amount of $300,000 in favor of the Clerk of the Court, Northern District of
5 California was recorded on November 10, 2010; and (c) a current title report.
6  4.  The government has advised Mr. Townsley's counsel that the collateral is
7 acceptable and that it approves the bond as posted.
8  5.  In light of the government's approval of the bond, the parties jointly
9 request that the Court vacate the hearing on the status regarding the posting of
10 the property that is currently set for January 7, 2011, at 10:30 a.m.

12  As counsel for Peter Townsley, I stipulate to paragraphs 1-5, *supra*.
13  Dated: December 30, 2010     Signed: /s/ *William J. Genego*

15  As counsel for the United States, I stipulate to paragraphs 1-5, *supra*.
16                      Melinda Haag, United States Attorney
17  Dated: December 30, 2010     By: /s/ Susan Bowman
                                   Assistant U.S. Attorney
18                                 (email authorization of 12/30/10)

19  The Court approves the stipulation and hereby ORDERS that:

21  The hearing on the status regarding the posting of the property that is
22 currently scheduled for January 7, 2011, at 10:30 a.m. is vacated.
23  IT IS SO ORDERED.
24  Dated: Jan. 4, 2011

    The Honorable Joseph C. Spero
    Judge Joseph C. Spero

- 2 -