Evan A. Jenness (Calif. Bar No. 136822)
Evan@JennessLaw.com
Law Offices of Evan A. Jenness
2115 Main Street
Santa Monica, California 90405
Telephone: 310-399-3259

William J. Genego (Calif. Bar No. 103224)
wgenego@gmail.com
Nasatir, Hirsch, Podberesky Khero & Genego
2115 Main Street
Santa Monica, California 90405
Telephone:  310-399-3259

Counsel for Defendant
Peter Townsley

# United States District Court

## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERCIA ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> PETER TOWNSLEY, ) <br> ) <br>     Defendant. ) <br> _____) | No. CR 10-0428 CRB <br><br> [~~PROPOSED~~] ORDER FOR A MODIFIED BRIEFING SCHEDULE ON THE APPROPRIATE METHODOLOGY TO USE IN CALCULATING "LOSS" FOR PURPOSES OF THE FEDERAL SENTENCING GUIDELINES <br><br> Date:    April 25, 2012 <br> Time:    2:15 p.m. <br> Place:   Courtroom 8 |

[Proposed] Order
(CR 10-0428 CRB)

1

# ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED THAT the schedule for briefing regarding the appropriate methodology to use in calculating "loss" for purposes of the federal sentencing guidelines is:

|  | Current Date | New Date |
|---|---|---|
| Initial briefs to be filed by: | April 4, 2012 | April 11, 2012 |
| Responses to be filed by: | April 18, 2012 | [no change] |
| Oral argument or submission on the briefs: | April 25, 2012 | [no change] |

Dated:   April 3, 2012

_____
HON. CHARLES R. BREYER
United States District Judge

[Proposed] Order
(CR 10-0428 CRB)

2