1  Evan A. Jenness (Calif. Bar No. 136822)
   Evan@JennessLaw.com
2  Law Offices of Evan A. Jenness
   2115 Main Street
3  Santa Monica, California 90405
   Telephone: 310-399-3259
4
   William J. Genego (Calif. Bar No. 103224)
5  bill@genegolaw.com
   Law Offices of William Genego
6  2115 Main Street
   Santa Monica, California 90405
7  Telephone:  310-399-3259

8  Counsel for Defendant
   Peter Townsley
9

10                     United States District Court

11                    Northern District of California

12

13  UNITED STATES OF AMERCIA      )   No. CR 10-0428 CRB (jcs)
                                  )
14         Plaintiff,              )   [Proposed] Order Re: Travel
                                  )
15                                )   Date:   None.
           vs.                    )   Time:   None.
16                                )   Place:  Hon. Magistrate
                                  )           Judge Joseph C. Spero
17  PETER TOWNSLEY,               )
                                  )
18         Defendant.             )
                                  )
19  ─────────────────────────────

20         GOOD CAUSE HAVING BEEN SHOWN, it is ordered that the June

21  13, 2012 date by which Peter Townsley was required to return to the United

22  States in this Court's Order dated February 28, 2012, is extended *nunc pro*

23  *tunc*, to the date of his sentencing, or October 17, 2012, whichever is sooner,

24  and Mr. Towsley may reside in Canada and/or the United States until such

25  time.  On or before the dates set for sentencing or October 17, 2012,

26  whichever is sooner, Mr. Townsley shall return from Canada and surrender

27  his passport (No. *****879) to the Pretrial Services Agency.

28  \\

[Proposed] Order Re: Travel
U.S. v. Townsley, 10-cr-0428 CRB (jcs)

1    Peter Townsley shall advise PTS of his itinerary and contact telephone
2 numbers in advance of each trip to/from Canada and the United States.

4 Dated: July 18, 2012    _____
5                          The Hon. Joseph C. Spero
                           United States Magistrate Judge

